UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANI FASHIONS, LTD.                              Plaintiff,<br><br>-v-<br><br>CARANA, INC. d/b/a CARMEN CHIRININO BOUTIQUE, ANA RIVERA and MARY RIVERA<br>                                                               Defendant. | Case No. 08-CV-2985(JES)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CARANA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** March 20, 2008

Signature of Attorney

**Attorney Bar Code:** KC9944