AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

JOVANI FASHIONS, LTD.

        Plaintiff,

v.

CARANA, INC. b/b d/b/a CARMEN
CHIRINO BOUTIQU, ANA RIVERA
and MARY CHIRINO.

        Defendants

**APPEARANCE**

Case Number: 08-CV-2985

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOVANI FASHIONS, LTD.,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/20/2008 | *(signature)* |
| Date | Signature |
| | Daniel F. Spitalnic, Esq.      ds6828 |
| | Print Name     Bar Number |
| | 6 Grace Avenue, Suite 202 |
| | Address |
| | Great Neck     NY     11021 |
| | City     State     Zip Code |
| | (516) 439-4001     (516) 706-1558 |
| | Phone Number     Fax Number |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOVANI FASHIONS, LTD.
                Plaintiff

v.

CARANA, INC. d/b/a CARMEN CHIRINO
BOUTIQUE, ANA RIVERA and
MARY CHIRINO
                Defendants
-------------------------------------------------------X

Case No. 08-CV-2985

AFFIRMATION OF SERVICE

I, Daniel F. Spitalnic, Esq., declare under penalty of perjury that:

I have served a copy of the attached Appearance upon the Law Offices of WILLIAM ESTRELLA, whose address is 150 Tetuan Street, San Juan, Puerto Rico 00901 by First Class mail.

Dated: Great Neck, New York
       May 20, 2008

Daniel F. Spitalnic, Esq. (ds 6828)
6 Grave Avenue, Suite 202
Great Neck, New York 11021
(516) 439-4001