UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

JOVANI FASHIONS, LTD.,

                    Plaintiff(s),

        - against -                                  08 Civ. 2985 (JES)

CARANA, INC. d/b/a CARMEN CHIRINO
BOUTIQUE, ANA RIVERA and MARY CHIRINO,               **ORDER**

                    Defendant(s).

---------------------------------------X

        Counsel to all parties in the above-captioned action having
appeared before the Court for a Pre-Motion Conference on June 3,
2008, and defendants having sought leave of the Court to submit a
Motion to Transfer Venue pursuant to 28 U.S.C. § 1404, and the
Court having considered all matters raised, it is

        **ORDERED** that, as discussed at the aforementioned Conference,
defendants shall be and hereby are granted leave to submit their
Motion to Transfer, not to exceed twenty five (25) pages, on or
before July 31, 2008; and it is further

        **ORDERED** that plaintiff shall submit its Response to
defendants' Motion, not to exceed twenty five (25) pages, on or
before August 31, 2008; and it is further

        **ORDERED** that Oral Argument shall occur on September 9, 2008 at
3:00 p.m. in Courtroom 14C, 500 Pearl Street.


Dated:    New York, New York
          June  5  , 2008

                                        John E. Sprizzo
                                        United States District Judge