```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JOVANI FASHIONS, LTD.,

                    Plaintiff(s),

        - against -                          08 Civ. 2985 (JES)

CARANA, INC. d/b/a CARMEN CHIRINO            ORDER
BOUTIQUE, ANA RIVERA and MARY CHIRINO,

                    Defendant(s).
----------------------------------------X
```

Counsel to all parties in the above-captioned action having come before the Court, and defendants having submitted a Motion to Dismiss dated July 30, 2008, and the Court having considered all matters raised, it is

    **ORDERED** that the Oral Argument previously scheduled for September 9, 2008 shall be and hereby is adjourned <u>sine die</u>, and it is further

    **ORDERED** that the Court shall take defendants' Motion to Dismiss on submission.

Dated:    New York, New York
           September 4, 2008

                                          John E. Sprizzo
                                        United States District Judge