UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOVANI FASHIONS, LTD.                    Case No. 08-CV-2985
              Plaintiff
     v.                                 STIPULATION OF ADJOURNMENT

CARANA, INC. d/b/a CARMEN CHIRINO
BOUTIQUE, ANA RIVERA and
MARY CHIRINO
              Defendants
-----------------------------------------------------------X

     It is hereby stipulated and agreed by and between counsel for the parties to this action as follows:

1.    Argument of Defendant's motion currently returnable on September 9, 2008 shall be adjourned until November 13, 2008 at 3:00pm.

2.    Plaintiff shall file its opposition to Defendants' motion on or before September 30, 2008.

3.    Facsimile copies of signatures shall be deemed to be originals for the purposes of filing with the Court.

Dated: Great Neck, New York
       September 4, 2008

DANIEL E. SPITALNIC, ESQ.             KENNETH C. SURIA, ESQ.
6 Grave Avenue, Suite 202               WILLIAM ESTRELLA LAW OFFICE, PSC
Great Neck, New York 11021           150 Tetuan Street
(516) 439-4001                               San Juan, Puerto Rico 00901
                                            (787) 977-5050