USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOVANI FASHIONS, LTD.,

        Plaintiff,

- against -

CARANA, INC. d/b/a/ CARMEN CHIRINO BOUTIQUE, ANA RIVERA, and MARY CHIRINO,

        Defendants.

ECF CASE

08 Civ. 2985 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

    WHEREAS this Court has been advised by Defendants' June 17, 2009 motion (Docket No. 25) that all claims asserted herein have been settled, and counsel for Plaintiff has confirmed by telephone on June 19, 2009 that all claims asserted herein have been settled;

    It is hereby ORDERED that Defendants' motion requesting dismissal with prejudice of the above-captioned action is GRANTED and that the above-captioned action be, and hereby is, dismissed with prejudice, each party to bear its own costs and fees.

    All other pending motions are hereby dismissed as moot. The Clerk of the Court is directed to terminate Defendants' motion to dismiss (Docket No. 20), Defendants' motion informing this Court of the status of civil action No. 07-2330 in the United States District Court for the District of Puerto Rico (Docket No. 22), and Defendants' motion requesting dismissal with prejudice of the above-captioned action (Docket No. 25)

    The Clerk of the Court is further directed to close this case.

Dated: New York, New York
      June 22, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge